NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of B.C., J.C., K.C., and
L.M-C., children

)
)
)
)
)
ADOPTION ENTITY, LEENETTA )
BLANTON CARDEN, P.A., )
)
)
Appellant, )
v. )
)
M.C., DEPARTMENT OF CHILDREN AND )
FAMILIES and GUARDIAN AD LITEM )
PROGRAM, )
)
)
Appellees. )
)

Case No. 2D18-2204

Opinion filed November 7, 2018.

Appeal from the Circuit Court for
Hillsborough County; Emily A. Peacock,
Judge.

Leenetta Blanton Carden of Leenetta
Blanton Carden, P.A., Tampa, and
Elizabeth S. Wheeler of Berg & Wheeler,
P.A., Brandon, for Appellant.

Linda C. Clark of Linda C. Clark, P.A.,
Tampa, for Appellee M.C.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Mary Soorus, Assistant
Attorney General, Tampa, for Appellee
Department of Children and Families.

Thomasina Moore, Tallahassee, for
Appellee Guardian ad Litem Program.

PER CURIAM.

Affirmed.

VILLANTI, BADALAMENTI, and ATKINSON, JJ., Concur.